IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CLARENCE MESSER,

        Petitioner,           No. CIV S-03-0033 LKK KJM P

   vs.

DAVID L. RUNNELS, et al.,

        Respondents.      <u>ORDER</u>

_____/

        On March 29, 2006, petitioner requested an extension of time to file and serve objections to the March 15, 2006 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Petitioner's request for an extension of time is granted, nunc pro tunc to March 29, 2006; and

        2.  Petitioner's objections filed April 11, 2006 are deemed timely.

DATED:  April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
mess0033.111